# Exhibit A

## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| U.F.C.W. Local 1776 & Participating Employers Pension Fund, derivatively on behalf The Western Union Company, <br><br> Plaintiff, <br><br> v. <br><br> Dinyar S. Devitre; Hikmet Ersek; Christina A. Gold; Jack M. Greenberg; Betsy D. Holden; Alan J. Lacy; Linda Fayne Levinson; Roberto G. Mendoza; Michael A. Miles, Jr.; Lord Dennis Stevenson; Wulf von Schimmelmann, <br><br> Defendants, <br><br> and <br><br> The Western Union Company, and Western Union Financial Services, Inc. <br><br> Nominal Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> No. |

## DECLARATION OF DINYAR S. DEVITRE

I, Dinyar S. Devitre, hereby state and declare as follows:

1.      My name is Dinyar S. Devitre.  I am over the age of twenty-one.

The information provided in this affidavit is all within my personal knowledge.

2.      I currently reside in and am a citizen of New York.  I have resided

there for the past nine years.

3.      To the best of my recollection, I have been to Arizona only two times. Each visit was for a family vacation.

4.      I have never resided in Arizona or maintained a mailing address in Arizona.

5.      I have never owned any real property located in Arizona.

6.      I have never been employed in Arizona, or worked for a corporation or business entity incorporated or organized in Arizona.

7.      I have never been present in Arizona for purposes of conducting any business activities in the state, either for myself personally or on behalf of any other person or entity.

8.      I have never maintained any office premises in Arizona.

9.      I have never held any bank accounts in Arizona.

10.     I have never earned any income in Arizona.

11.     I have never paid any taxes in Arizona, other than sales taxes during visits to the state.

12.     I have never obtained an Arizona driver's license.

13.     I have never been present in Arizona in connection with any matter having to do with The Western Union Company or my service as a director thereof, including never having attended any board of director meetings, committee meetings or other meetings or events in Arizona.

2

14.    I declare under penalty of perjury that the foregoing is true and

correct. Executed on *17ᴱ* November, 2010.

By: _____

Dinyar S. Devitre

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | | |
|---|---|---|
| U.F.C.W. Local 1776 & Participating Employers Pension Fund, derivatively on behalf The Western Union Company, | ) ) ) ) | |
| Plaintiff, | ) ) | No. |
| v. | ) ) | |
| Dinyar S. Devitre; Hikmet Ersek; Christina A. Gold; Jack M. Greenberg; Betsy D. Holden; Alan J. Lacy; Linda Fayne Levinson; Roberto G. Mendoza; Michael A. Miles, Jr.; Lord Dennis Stevenson; Wulf von Schimmelmann, | ) ) ) ) ) ) ) ) | |
| Defendants, | ) ) | |
| and | ) ) | |
| The Western Union Company, and Western Union Financial Services, Inc. | ) ) ) | |
| Nominal Defendants. | ) | |

## DECLARATION OF HIKMET ERSEK

I, Hikmet Ersek, hereby state and declare as follows:

1.      My name is Hikmet Ersek.  I am over the age of twenty-one.  The information provided in this affidavit is all within my personal knowledge.

2.      I currently reside in Colorado and am a citizen of Austria.  I have resided in Colorado for ten months.

3.      I was in Arizona on September 28-30, 2003, to attend the Winner Circle Event held in Phoenix.  This event was a recognition program for employees of Western Union and First Data when Western Union was a subsidiary of First Data Corporation.  The above is the only time that I have been in Arizona.

4.      I have never resided in Arizona or maintained a mailing address in Arizona.

5.      I have never owned any real property located in Arizona.

6.      I have never been employed in Arizona, or worked for a corporation or business entity incorporated or organized in Arizona.

7.      Other than the information provided herein, I have never been present in Arizona for purposes of conducting any business activities in the state, either for myself personally or on behalf of any other person or entity.

8.      I have never maintained any office premises in Arizona.

9.      I have never held any bank accounts in Arizona.

10.     I have never earned any income in Arizona.

11.     I have never paid any taxes in Arizona, other than sales taxes during my visit to the state.

12.     I have never obtained an Arizona driver's license.

2

13.     I declare under penalty of perjury that the foregoing is true and correct.  Executed on ___ November, 2010.

By: _____

Hikmet Ersek

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | | |
|---|---|---|
| U.F.C.W. Local 1776 & Participating Employers Pension Fund, derivatively on behalf The Western Union Company, | ) ) ) ) | |
| Plaintiff, | ) ) | No. |
| v. | ) ) | |
| Dinyar S. Devitre; Hikmet Ersek; Christina A. Gold; Jack M. Greenberg; Betsy D. Holden; Alan J. Lacy; Linda Fayne Levinson; Roberto G. Mendoza; Michael A. Miles, Jr.; Lord Dennis Stevenson; Wulf von Schimmelmann, | ) ) ) ) ) ) ) ) | |
| Defendants, | ) ) | |
| and | ) ) | |
| The Western Union Company, and Western Union Financial Services, Inc. | ) ) ) | |
| Nominal Defendants. | ) ) | |

## DECLARATION OF CHRISTINA A. GOLD

I, Christina A. Gold, hereby state and declare as follows:

1.      My name is Christina A. Gold.  I am over the age of twenty-one.
The information provided in this affidavit is all within my personal knowledge.

2.      I currently reside in Florida and am a citizen of Canada.

3.      In my capacity as President of Western Union when Western Union
was a subsidiary of First Data Corporation, I attended the Winner Circle Event held in

Phoenix, Arizona on September 28-30, 2003. The event was a recognition program for employees of Western Union and First Data. My next trip to Arizona was on April 27-28, 2009 as President of Western Union to serve on a panel for the Human Resource Planning Society Conference held in Tucson, Arizona. To the best of my recollection, the above are the only times that I have been in Arizona during my tenure at First Data & Western Union.

   4. I have never resided in Arizona or maintained a mailing address in Arizona.

   5. I have never owned any real property located in Arizona.

   6. I have never been employed in Arizona, or worked for a corporation or business entity incorporated or organized in Arizona.

   7. Other than the information provided herein and during my tenure at First Data and Western Union, I have never been present in Arizona for purposes of conducting any business activities in the state, either for myself personally or on behalf of any other person or entity.

   8. I have never maintained any office premises in Arizona.

   9. I have never held any bank accounts in Arizona.

   10. I have never earned any income in Arizona.

   11. I have never paid any taxes in Arizona, other than sales taxes during my visits to the state.

   12. I have never obtained an Arizona driver's license.

13.    I declare under penalty of perjury that the foregoing is true and

correct. Executed on ___ November, 2010.

By: _Christina A Gold_

Christina A. Gold

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| U.F.C.W. Local 1776 & Participating Employers Pension Fund, derivatively on behalf The Western Union Company, | ) ) ) ) |
| Plaintiff, | ) ) No. |
| v. | ) ) |
| Dinyar S. Devitre; Hikmet Ersek; Christina A. Gold; Jack M. Greenberg; Betsy D. Holden; Alan J. Lacy; Linda Fayne Levinson; Roberto G. Mendoza; Michael A. Miles, Jr.; Lord Dennis Stevenson; Wulf von Schimmelmann, | ) ) ) ) ) ) ) ) |
| Defendants, | ) ) |
| and | ) ) |
| The Western Union Company, and Western Union Financial Services, Inc. | ) ) ) |
| Nominal Defendants. | ) ) |

## DECLARATION OF JACK M. GREENBERG

I, Jack M. Greenberg, hereby state and declare as follows:

1.     My name is Jack M. Greenberg. I am over the age of twenty-one. The information provided in this affidavit is all within my personal knowledge.

2.     I currently reside in and am a citizen of Illinois. I have resided there my entire life.

3. To the best of my recollection, the only time I have been in Arizona during the last ten years has been on vacation, and I have done so only once or twice. The only other times I recall being in Arizona were long ago and in connection with brief work-related visits during the period I was employed at McDonalds Corp. (from 1982 to 2002). I attended meetings in Arizona in connection with my tenure at McDonalds on approximately ten or fewer occasions.

4. I have never resided in Arizona or maintained a mailing address in Arizona.

5. I have never owned any real property located in Arizona.

6. I have never been employed in Arizona, or worked for a corporation or business entity incorporated or organized in Arizona.

7. Other than the information provided herein, I have never been present in Arizona for purposes of conducting any business activities in the state, either for myself personally or on behalf of any other person or entity.

8. I have never maintained any office premises in Arizona.

9. I have never held any bank accounts in Arizona.

10. I have never earned any income in Arizona.

11. I have never paid any taxes in Arizona, other than sales taxes during visits to the state.

12. I have never obtained an Arizona driver's license.

13. I have never been present in Arizona in connection with any matter having to do with The Western Union Company or my service as a director thereof,

2

including never having attended any board of director meetings, committee meetings or
other meetings or events in Arizona.

          14.    I declare under penalty of perjury that the foregoing is true and
correct. Executed on 17th November, 2010.

By: _____

Jack M. Greenberg

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | | |
|---|---|---|
| U.F.C.W. Local 1776 & Participating Employers Pension Fund, derivatively on behalf The Western Union Company, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. |
| Dinyar S. Devitre; Hikmet Ersek; Christina A. Gold; Jack M. Greenberg; Betsy D. Holden; Alan J. Lacy; Linda Fayne Levinson; Roberto G. Mendoza; Michael A. Miles, Jr.; Lord Dennis Stevenson; Wulf von Schimmelmann, | ) ) ) ) ) ) ) ) | |
| Defendants, | ) ) | |
| and | ) ) | |
| The Western Union Company, and Western Union Financial Services, Inc. | ) ) ) | |
| Nominal Defendants. | ) | |

**DECLARATION OF BETSY D. HOLDEN**

I, Betsy D. Holden, hereby state and declare as follows:

1.    My name is Betsy D. Holden. I am over the age of twenty-one. The information provided in this affidavit is all within my personal knowledge.

2.    I currently reside in and am a citizen of Illinois. I have resided there for the past twenty-six years.

3.    I became a member of the Board of Directors of the Western Union Company ("Western Union") in 2006. Other than my service on the Western Union Board, I have not been employed by or affiliated with Western Union in any capacity.

4.    I have not been to Arizona since 2005, which was prior to the time that I joined the Western Union Board. To the best of my recollection, I have been to Arizona a total of three times on family vacations over the years. Apart from these vacations, the only times I believe I have been in Arizona were in connection with my employment at Kraft Foods Inc. (I was employed at Kraft for approximately twenty-three years, including being its co-CEO from 2001-2003.) On approximately eight to ten occasions I made brief trips to Arizona in connection with my work at Kraft for customer visits, sales meetings, or industry conferences.

5.    I have never resided in Arizona or maintained a mailing address in Arizona.

6.    I have never owned any real property located in Arizona.

7.    I have never been employed in Arizona, or worked for a corporation or business entity incorporated or organized in Arizona.

8.    Other than the information provided herein, I have never been present in Arizona for purposes of conducting any business activities in the state, either for myself personally or on behalf of any other person or entity.

9.    I have never maintained any office premises in Arizona.

10.    I have never held any bank accounts in Arizona.

11.    I have never earned any income in Arizona.

2

12. I have never paid any taxes in Arizona, other than sales taxes during visits to the state.

13. I have never obtained an Arizona driver's license.

14. I have never been present in Arizona in connection with any matter having to do with The Western Union Company or my service as a director thereof, including never having attended any board of director meetings, committee meetings or other meetings or events in Arizona.

15. I declare under penalty of perjury that the foregoing is true and correct. Executed on 20 November, 2010.

By: _Betsy D. Holden_

Betsy D. Holden

3

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| U.F.C.W. Local 1776 & Participating Employers Pension Fund, derivatively on behalf The Western Union Company, <br><br> Plaintiff, <br><br> v. <br><br> Dinyar S. Devitre; Hikmet Ersek; Christina A. Gold; Jack M. Greenberg; Betsy D. Holden; Alan J. Lacy; Linda Fayne Levinson; Roberto G. Mendoza; Michael A. Miles, Jr.; Lord Dennis Stevenson; Wulf von Schimmelmann, <br><br> Defendants, <br><br> and <br><br> The Western Union Company, and Western Union Financial Services, Inc. <br><br> Nominal Defendants. | ) ) ) ) ) ) ) No. ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

## DECLARATION OF ALAN LACY

I, Alan Lacy, hereby state and declare as follows:

1. My name is Alan Lacy. I am over the age of twenty-one. The information provided in this affidavit is all within my personal knowledge.

2. I currently reside in and am a citizen of Illinois. I have resided there since 1995.

3. I became a member of the Board of Directors of the Western Union Company ("Western Union") in 2006. Other than my service on the Western Union Board, I have not been employed by or affiliated with Western Union in any capacity.

4. To the best of my recollection, I have been to Arizona on approximately eleven occasions over the years. Only one of these visits occurred since the time I joined the Western Union Board, but the visit had nothing to do with Western Union. In 2007, I attended a board meeting of the National Parks Conservation Association, a non-profit organization, at Grand Canyon National Park in my capacity as a trustee. I have visited Arizona on vacation on approximately six occasions, all occurring before my service on the Board of Western Union. I was also briefly present in Arizona on four occasions between 1998 and 2003, making visits in my capacity as CEO of Sears, Roebuck and Co. and as President of Sears Credit, including visits to stores and a service center.

5. I have never resided in Arizona or maintained a mailing address in Arizona.

6. I have never owned any real property located in Arizona.

7. I have never been employed in Arizona.

8. Other than the information provided herein, I have never been present in Arizona for purposes of conducting any business activities in the state, either for myself personally or on behalf of any other person or entity.

9. I have never maintained any office premises in Arizona.

10. I have never held any bank accounts in Arizona.

2

11.    I have never earned any income in Arizona.

12.    I have never paid any taxes in Arizona, other than sales taxes during visits to the state.

13.    I have never obtained an Arizona driver's license.

14.    I have never been present in Arizona in connection with any matter having to do with The Western Union Company or my service as a director thereof, including never having attended any board of director meetings, committee meetings or other meetings or events in Arizona.

15.    I declare under penalty of perjury that the foregoing is true and correct. Executed on _18_ November, 2010.

By: _____

Alan Lacy

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| U.F.C.W. Local 1776 & Participating Employers Pension Fund, derivatively on behalf The Western Union Company, <br><br> Plaintiff, <br><br> v. <br><br> Dinyar S. Devitre; Hikmet Ersek; Christina A. Gold; Jack M. Greenberg; Betsy D. Holden; Alan J. Lacy; Linda Fayne Levinson; Roberto G. Mendoza; Michael A. Miles, Jr.; Lord Dennis Stevenson; Wulf von Schimmelmann, <br><br> Defendants, <br><br> and <br><br> The Western Union Company, and Western Union Financial Services, Inc. <br><br> Nominal Defendants. | No. |

---

## DECLARATION OF LINDA FAYNE LEVINSON

I, Linda Fayne Levinson, hereby state and declare as follows:

1.      My name is Linda Fayne Levinson.  I am over the age of twenty-one.  The information provided in this affidavit is all within my personal knowledge.

2.      I currently reside in and am a citizen of Santa Monica, California.  I have resided there for the past twenty-one years.

3.      To the best of my recollection, I have been in Arizona about two or three times in the last ten years.  On one of these occasions I drove through Arizona while on a cross-country trip.  On another occasion, I visited on vacation.  There may have been one other vacation visit but I don't recall any specifics about such a vacation and think it unlikely that it occurred.

4.      I have never resided in Arizona or maintained a mailing address in Arizona.

5.      I have never owned any real property located in Arizona.

6.      I have never been employed in Arizona, or worked for a corporation or business entity incorporated or organized in Arizona.

7.      I visited Arizona for business purposes on several occasions in the 1970s while employed by McKinsey & Co. as a consultant.  Other than that, I have not been present in Arizona for purposes of conducting any business activities in the state, either for myself personally or on behalf of any other person or entity.

8.      I have never maintained any office premises in Arizona.

9.      I have never held any bank accounts in Arizona.

10.      I have never earned any income in Arizona.

11.      I have never paid any taxes in Arizona, other than sales taxes during visits to the state.

12.      I have never obtained an Arizona driver's license.

13.      I have never been present in Arizona in connection with any matter having to do with The Western Union Company or my service as a director thereof,

2

including never having attended any board of director meetings, committee meetings or other meetings or events in Arizona.

14.    I declare under penalty of perjury that the foregoing is true and correct. Executed on 19 November, 2010.

By: _____

Linda Fayne Levinson

## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | | |
|---|---|---|
| U.F.C.W. Local 1776 & Participating Employers Pension Fund, derivatively on behalf The Western Union Company, | ) ) ) ) | |
| Plaintiff, | ) ) | No. |
| v. | ) ) | |
| Dinyar S. Devitre; Hikmet Ersek; Christina A. Gold; Jack M. Greenberg; Betsy D. Holden; Alan J. Lacy; Linda Fayne Levinson; Roberto G. Mendoza; Michael A. Miles, Jr.; Lord Dennis Stevenson; Wulf von Schimmelmann, | ) ) ) ) ) ) ) ) | |
| Defendants, | ) ) | |
| and | ) ) | |
| The Western Union Company, and Western Union Financial Services, Inc. | ) ) ) | |
| Nominal Defendants. | ) | |

## DECLARATION OF ROBERTO G. MENDOZA

I, Robert G. Mendoza, hereby state and declare as follows:

1.      My name is Roberto G. Mendoza.  I am over the age of twenty-one.

The information provided in this affidavit is all within my personal knowledge.

2.      I currently reside in and am a citizen of New York.  I have resided

there for the past 30 years.

3.      To the best of my recollection, I have been to Arizona only once, for

a three-day golf vacation that occurred approximately eight years ago.

4.     I have never resided in Arizona or maintained a mailing address in Arizona.

5.     I have never owned any real property located in Arizona.

6.     I have never been employed in Arizona, or worked for a corporation or business entity incorporated or organized in Arizona.

7.     I have never been present in Arizona for purposes of conducting any business activities in the state, either for myself personally or on behalf of any other person or entity.

8.     I have never maintained any office premises in Arizona.

9.     I have never held any bank accounts in Arizona.

10.    I have never earned any income in Arizona.

11.    I have never paid any taxes in Arizona, other than sales taxes during my visit to the state.

12.    I have never obtained an Arizona driver's license.

13.    I have never been present in Arizona in connection with any matter having to do with The Western Union Company or my service as a director thereof, including never having attended any board of director meetings, committee meetings or other meetings or events in Arizona.

14.    I declare under penalty of perjury that the foregoing is true and

2

correct. Executed on 22ᵈ November, 2010.

By: _____

Robert G. Mendoza

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| U.F.C.W. Local 1776 & Participating Employers Pension Fund, derivatively on behalf The Western Union Company, | ) ) ) |
| | ) |
| Plaintiff, | ) |
| | )   No. |
| v. | ) |
| | ) |
| Dinyar S. Devitre; Hikmet Ersek; Christina A. Gold; Jack M. Greenberg; Betsy D. Holden; Alan J. Lacy; Linda Fayne Levinson; Roberto G. Mendoza; Michael A. Miles, Jr.; Lord Dennis Stevenson; Wulf von Schimmelmann, | ) ) ) ) ) ) ) |
| | ) |
| Defendants, | ) |
| | ) |
| and | ) |
| | ) |
| The Western Union Company, and Western Union Financial Services, Inc. | ) ) |
| | ) |
| Nominal Defendants. | ) |

## DECLARATION OF MICHAEL A. MILES, JR.

I, Michael A. Miles, Jr., hereby state and declare as follows:

1.     My name is Michael A. Miles, Jr.  I am over the age of twenty-one. The information provided in this affidavit is all within my personal knowledge.

2.     I currently reside in and am a citizen of Massachusetts.  I have resided there for the past seven years.

3.      To the best of my recollection, I have been to Arizona on approximately fifteen to twenty occasions over the years.  At least two of these visits were for vacations.  My remaining trips to Arizona were all brief visits in connection with my employment at Staples, Inc., including for store visits, customer meetings, and management conferences.

4.      I have never resided in Arizona or maintained a mailing address in Arizona.

5.      I have never owned any real property located in Arizona.

6.      I have never been employed in Arizona, or worked for a corporation or business entity incorporated or organized in Arizona.

7.      Other than the information provided herein, I have never been present in Arizona for purposes of conducting any business activities in the state, either for myself personally or on behalf of any other person or entity.

8.      I have never maintained any office premises in Arizona.

9.      I have never held any bank accounts in Arizona.

10.     I have never earned any income in Arizona.

11.     I have never paid any taxes in Arizona, other than sales taxes during visits to the state.

12.     I have never obtained an Arizona driver's license.

13.     I have never been present in Arizona in connection with any matter having to do with The Western Union Company or my service as a director thereof,

including never having attended any board of director meetings, committee meetings or other meetings or events in Arizona.

14.    I declare under penalty of perjury that the foregoing is true and correct.  Executed on **18** November, 2010.

By: _____

Michael A. Miles, Jr.