EXHIBIT 1

Karl M. Tilleman (013435)
ktilleman@steptoe.com
Jason Sanders (018600)
jsanders@steptoe.com
**Steptoe & Johnson LLP**
201 E. Washington St., Suite 1600
Phoenix, AZ 85004
Telephone: (602) 257-5200
Facsimile: (602) 257-5299

Attorneys for Nominal Defendants

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| U.F.C.W. LOCAL 1776 & PARTICIPATING EMPLOYERS PENSION FUND, derivatively on behalf of The Western Union Company, <br><br> Plaintiff, <br><br> vs. <br><br> DINYAR S. DEVITRE, HIKMET ERSEK, CHRISTINA A. GOLD, JACK M. GREENBERG, BETSY D. HOLDEN, ALAN J. LACY, LINDA FAYNE LEVINSON, ROBERTO G. MENDOZA, MICHAEL A. MILES, JR., LORD DENNIS STEVENSON, WULF VON SCHIMMELMANN, <br><br> Defendants, <br><br> And <br><br> THE WESTERN UNION COMPANY, and WESTERN UNION FINANCIAL SERVICES, INC., <br><br> Nominal Defendants. | Case No. CV 10-2496-PHX-JAT <br><br> **DECLARATION OF KATHARINE THIEMES IN SUPPORT OF THE NOMINAL DEFENDANTS' MOTION TO DISMISS** |

I, Katharine Thimes, declare as follows:

1.     I submit this Declaration in support of the Nominal Defendants' Motion to Dismiss, which is being filed in the United States District Court for the District of

Arizona in connection with the above-captioned lawsuit.  I attest to the accuracy of the information submitted herein.

2.     I am currently employed as a Vice President of Tax Compliance for Western Union, LLC, which is a subsidiary of The Western Union Company ("WUC"). In that capacity, I am responsible for all U.S. federal and state income tax compliance for WUC as well as all U.S. incorporated subsidiaries, direct or indirect, of WUC.  As such, I have knowledge of the location of property and personnel located throughout the U.S., as well as the jurisdictions in which Western Union domestic companies do business.

3.     WUC is a Delaware corporation with its headquarters in Englewood, Colorado.

4.     WUC is the holding company of First Financial Management Corp., which is the parent of Western Union Financial Services, Inc. ("WUFSI").  WUC does not conduct any operations in Arizona.

5.     WUFSI is a separate entity that carries on its own business.  WUFSI has its own property, assets, bank accounts, and books of record.  WUFSI has its own officers and directors and a staff that is independent of WUC.

6.     WUC is not licensed to conduct business in Arizona and has no offices, officers, employees or directors in Arizona.  WUC has no bank accounts in Arizona. Nor does WUC own any property in Arizona.

7.     WUC is not doing business in Arizona.

I declare under penalty of perjury that the foregoing is true and correct to the best of my information and belief.


DATED this  23  day of November, 2010.


Katharine Thiemes

- 2 -

Doc. #610287