1  **WARD, KEENAN & BARRETT, P.C.**
2  Gerald Barrett, State Bar No. 5855
   3838 N. Central Avenue, Suite 1720
3  Phoenix, Arizona 85012
   Tel.:  (602) 279-1717
4  Fax:  (602) 279-8908
5  gbarrett@wardkeenenbarrett.com

6  **RIGRODSKY & LONG, P.A.**
   Scott J. Farrell (admitted *pro hac vice*)
7  Rigrodsky & Long, P.A.
   585 Stewart Ave., Suite 304
8  Garden City, NY 11530
   Tel: (516) 683-3516
9  Fax: (302) 654-7530
   sjr@rigrodskylong.com
10

11 **SHEPHERD FINKELMAN MILLER & SHAH, LLP**
   Eric L. Young (admitted *pro hac vice*)
12 35 East State Street
   Media, Pennsylvania 19063
13 Tel.:  (610) 891-9880
   Fax:  (610) 891-9883
14 eyoung@sfmslaw.com

15 *Attorneys for Plaintiff*

16                 UNITED STATES DISTRICT COURT

17                     DISTRICT OF ARIZONA

18

19 | U.F.C.W. Local 1776 & Participating | No. CV 10-2496-PHX-RCJ |
   | Employers Pension Fund, derivatively on | |
   | behalf of The Western Union Company, | **STIPULATION TO CONTINUE** |
20 | | **SEPTEMBER 13, 2011 HEARING** |
   | Plaintiff, | |
21 | | |
   | v. | |
22 | | |
   | Dinyar S. Devitre, et al., | |
23 | | |
   | Defendants, | |
24 | | |
   | and | |
25 | | |
   | The Western Union Company, et al., | |
26 | | |
   | Nominal Defendants. | |
27

28

1    Whereas counsel for Plaintiff has advised that he has developed a scheduling

2  issue that conflicts with the September 13, 2011 hearing date previously set by the

3  Court, and counsel for Defendants have accepted this representation and as a matter of

4  accommodation have no objection, the parties have stipulated and agreed that the

5  hearing presently scheduled for September 13, 2011 be rescheduled to 9:00 a.m. on

6  either Tuesday, October 11 or Monday, October 31, 2011, at the Court's convenience

7  (or at a convenient date for the Court thereafter), in Reno, Nevada.

8    DATED this 8th day of September, 2011.

9

10    RIGRODSKY & LONG, P.A.

11

    By:   /s/ Scott J. Farrell
12    Scott J. Farrell (admitted *pro hac vice*)
    Rigrodsky & Long, P.A.
13    585 Stewart Ave., Suite 304
    Garden City, NY 11530

14    *Attorneys for Plaintiff*

15

16    OSBORN MALEDON, P.A.

17    By   /s/ David B. Rosenbaum
    David B. Rosenbaum
18    Maureen Beyers
    2929 North Central Avenue, Suite 2100
19    Phoenix, Arizona  85012-2793

20    SIDLEY AUSTIN LLP
    David F. Graham (admitted *pro hac vice*)
21    Hille R. Sheppard (admitted *pro hac vice*)
    One South Dearborn
22    Chicago, Illinois  60603

    *Attorneys for Defendants Dinyar S. Devitre,*
23    *Hikmet Ersek, Christina A. Gold, Jack M.*
    *Greenberg, Betsy D. Holden, Alan J. Lacy,*
24    *Linda Fayne Levinson, Roberto G. Mendoza,*
    *and Michael A. Miles, Jr.*

25

26

27

28

2

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STEPTOE & JOHNSON LLP


By:   /s/ P. Bruce Converse
     P. Bruce Converse
     201 E. Washington Street
     Suite 1600
     Phoenix, Arizona 85004

     Charles G. Cole (admitted *pro hac vice*)
     Steptoe & Johnson LLP
     1330 Connecticut Avenue, N.W.
     Washington, D.C.  20036

     *Attorneys for Nominal Defendants The*
     *Western Union Company and Western Union*
     *Financial Services, Inc.*

3

1

**CERTIFICATE OF SERVICE**

2

3
      I hereby certify that on September 8, 2011, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants:

4

5

6
                                                  /s/ Gerald Barrett
                                                     Gerald Barrett
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28